**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **UNITED STATES OF AMERICA and PEOPLE OF THE VIRGIN ISLANDS,** | |
| Plaintiffs, | 2008-CR-0003 |
| v. | |
| **DAMION BELL,** | |
| Defendant. | |

TO: Allan John Baptiste, Esq., AUSA
Patricia Schrader-Cooke, Esq., AFPD

**ORDER**

THIS MATTER came before the Court for upon the government's Motion to Revoke Defendant's Conditions of Pretrial Release (Docket No. 36). A hearing was held on June 5, 2008. The government was represented by Allan John Baptiste, Esq., AUSA; and Patricia Schrader-Cooke, Esq., AFPD, appeared on behalf of Defendant.

The government presented the testimony of Dedra Granville in support of its motion. Ms. Granville stated that she knew Defendant through her daughter Arrifa Perinon. Ms. Granville testified that on April 14, 2008, Defendant and her daughter were having an argument. Ms. Granville stated that she tried to get Defendant to leave. Ms.

*United States v. Bell*
2008-CR-0003
Order
Page 2

Granville further testified that, at that point, Defendant threatened her and that she was in fear of her personal safety.

The government also relied upon the testimony of Arrifa Perinon. According to Ms. Perinon, she and Defendant are in a dating relationship. Ms. Perinon further stated that she has had contact with Defendant since he was previously before this Court and released pending trial.c

Based upon the evidence before it and taking judicial notice of the record, the Court finds by clear and convincing evidence that Defendant has violated the conditions of his pretrial release. The Court further finds that, given Defendant's prior criminal record, the nature of the charges against him, and his complete disregard for the restrictions set by this Court concerning his release, the Court finds that no conditions exist that would reasonably assure the safety of any other person and the community or Defendant's appearance as required.

WHEREFORE, it is now hereby **ORDERED**:

1. The government's Motion to Revoke Defendant's Conditions of Pretrial Release (Docket No. 36) is **GRANTED**.

2. Defendant's pretrial release is **REVOKED**.

3. Defendant shall be **DETAINED**.

*United States v. Bell*
2008-CR-0003
Order
Page 3

4. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

5. Defendant is afforded reasonable opportunity for private consultation with counsel.

6. Upon order of a court of the United States or upon request of an attorney for the government, the federal Bureau of Prisons shall deliver Defendant to the United States Marshal for the purpose of appearance in connection with a court proceeding.

7. This matter may be reopened by Defendant at a later date pursuant to 18 U.S.C. § 3142(f) if new evidence develops.

ENTER:

Dated: June 5, 2008                              /s/
                                       GEORGE W. CANNON, JR
                                       U.S. MAGISTRATE JUDGE