# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA and ) <br> GOVERNMENT OF VIRGIN ISLANDS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAMION BELL ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL NO. 2008-03 |

## ORDER

FINCH, J.

    THIS MATTER comes before the Court on a Motion to Suppress filed by Defendant Damion Bell.  For the reasons stated in the accompanying Memorandum Opinion, it is hereby

    **ORDERED** that Defendant's Motion to Suppress is **DENIED.**

    **ENTERED this 15th day of July, 2008.**

                                                           /s/<br>
                                            **HONORABLE RAYMOND L. FINCH**<br>
                                            **U.S. DISTRICT JUDGE**