# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA and ) <br> GOVERNMENT OF VIRGIN ISLANDS ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> DAMION BELL ) <br>  ) <br> Defendant. ) <br> _____ ) | CRIMINAL NO. 2008-03 |

## ORDER

FINCH, J.

THIS MATTER comes before the Court on Defendant's Motion to Continue. After careful consideration and being satisfied in the premises, it is hereby,

**ORDERED** that Defendant's Motion to Continue is **GRANTED.** It is further

**ORDERED** that this case is continued without date.

**ENTERED this 29th day of July, 2008.**

_____/s/_____
**HONORABLE RAYMOND L. FINCH**
**U.S. DISTRICT JUDGE**