# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA and ) <br> GOVERNMENT OF VIRGIN ISLANDS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAMION BELL ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL NO. 2008-03 |

## ORDER

FINCH, J.

THIS MATTER comes before the Court on a Motion in Limine filed by the Government. After careful consideration, the Government's Motion in Limine is **GRANTED IN PART AND DENIED IN PART**. It is hereby,

**ORDERED** that Defendant is prohibited from offering evidence or commenting on the punishment provided by law for a violation of 18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm and Felon in Possession of Ammunition**.** It is further

**ORDERED** that Officer Robin Richards is not permitted to testify as to the exact circumstances under which his observations caused him to stop Defendant unless such evidence of prior bad acts is used to counter defense counsel's attack on the motivations of police officers stopping Defendant.  It is further

**ORDERED** that fingerprint expert Marisol Colon is permitted to testify as to possible explanations for the absence of identifiable fingerprints on the 9mm semiautomatic pistol hand gun that was found in the vehicle.  It is further

**ORDERED** that statements made by Defendant during his motion to suppress hearing can be used to impeach his credibility if they are prior inconsistent statements to his trial testimony.

**ENTERED this 7th day of October, 2008.**

_____/s/_____
**HONORABLE RAYMOND L. FINCH**
**U.S. SENIOR DISTRICT JUDGE**